# United States Court of Appeals
## For the First Circuit

No. 23-2097

LUIS EFRAIN VARGAS-SALAZAR; WILMA JEANETH VARGAS-LASSO; M.V.V.,

Petitioners,

v.

MERRICK B. GARLAND, United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on October 17, 2024 is amended as follows:

On page 7, footnote 3, line 8, replace "its" with "his".